UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ROBERT PHILIP BENAVIDES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CAUSE NO. 3:06-CV-448 WL |
| ) | |
| WILLIAM WILSON, ) | |
| ) | |
| Respondent. ) | |

**OPINION AND ORDER**

Petitioner Philip Benavides, a prisoner confined at the Westville Correctional Facility, submitted a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254, dealing with a prison disciplinary hearing. Prison officials charged Mr. Benavides with offense A-102, Battery with bodily fluids, in case # ISP 05-11-0196. The prison disciplinary board found him guilty on December 2, 2005, and sanctioned him with one year in disciplinary segregtion and a loss of 180 days of earned credit time.

The respondent has moved to dismiss this petition on the grounds that it duplicates the petition in 3:06cv133 JM. Mr. Benavides has not responded.

A review of the petition in this action and the petition in 3:06cv133 JM establishes that both were filed by Robert Phillip Benavides IDOC #967306 and that both address prison case # ISP 05-11-0196, offense A-102, Battery with bodily fluids. The petitions in this action and in 3:06cv133 JM are identical or similar in every respect, and this action clearly duplicates 3:06cv133 JM.

For the foregoing reasons, the court GRANTS the respondent's motion to dismiss (Docket #11) and DISMISSES this petition as duplicative.

**SO ORDERED**

DATED: January 26 , 2007

**s/William C. Lee**
William C. Lee, Judge
United States District Court